FILED
10/28/2015 5:00:32 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

## CAUSE NO. 2014CI12381

| | | |
|---|---|---|
| **ALLERMUNE BIOMEDICAL, LLC,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| **VS.** | § | |
| | § | 10/29/2015 9:20:06 AM |
| | § | **408TH JUDICIAL DISTRICT** KEITH E. HOTTLE |
| **CELESTINO AVILA, MD** | § | Clerk |
| **AND JULIO AVILA, PA,** | § | |
| *Defendants.* | § | **BEXAR COUNTY, TEXAS** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendants, **CELESTINO AVILA, MD and JULIO AVILA, PA**, parties to this case, and file this their Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on July 15, 2015.

Defendants, **CELESTINO AVILA, MD and JULIO AVILA, PA** desire to appeal the order granting Final Summary Judgment in this case.

This appeal is being taken to the 4th Court of Appeals.

This notice is being filed by Defendants, **CELESTINO AVILA, MD and JULIO AVILA, PA.**

Respectfully Submitted,

LAW OFFICE OF DENNIS RAMIREZ, PLLC
111 N. 17th St., Suite D
Donna, Texas 78537
(956) 461-2890 Telephone
(956) 287-3245 Facsimile
Email: dramirezlaw@gmail.com


*/s/ Dennis Ramirez*
Dennis Ramirez
State Bar No. 24037327
Attorney for Defendants
**CELESTINO AVILA, MD and**
**JULIO AVILA, PA**


## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument has been served as indicated to all parties on October 28, 2015, as follows:

Patrick Strauss, Esq.               Via Email: Patrick.strauss@straussfirm.com
Strauss Firm, P.C.
14255 Blanco Road
San Antonio, Texas 78216


*/s/ Dennis Ramirez*
DENNIS RAMIREZ